Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Petitioner,
Playboy Entertainment Group, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO YOUTUBE, LLC | Misc. Action No.<br><br>**DECLARATION OF HOWARD S. HAN, ESQ. FOR REQUEST FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS** |

**HAN DECLARATION FOR REQUEST FOR REQUEST FOR ISSUANCE OF SUBPOENA**

## DECLARATION OF HOWARD S. HAN, ESQ.

I, Howard S. Han, Esq., declare as follows: I am an attorney duly licensed to practice before all courts in the State of California and am an attorney at Doniger/Burroughs, attorneys for Petitioner Playboy Entertainment Group, Inc. ("Playboy"). The facts set forth below are of my own personal knowledge and if called as a witness, I could and would competently testify thereto.

1. Playboy is the owner and rightsholder of 477 original photographs commonly referred to as Playboy Centerfolds ("Subject Works") that have been registered with the United States Copyright Office. Attached hereto as Exhibit 1 is a chart listing the 477 Subject Works.

2. I submit this declaration in support of Playboy's request for issuance to YouTube, LLC ("YouTube") of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer or infringers who posted videos which infringe the copyright to Playboy's images (the "Infringing Content") on YouTube's website.

3. On or about January 31, 2018, I issued, on Playboy's behalf, a take-down notification letter pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act" as part of the DMCA") to YouTube.  Attached hereto as Exhibit 2 is a copy of said take-down notification.

4. The purpose for which this DMCA Subpoena is being sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Playboy's copyright interests under Title 17 of the United States Code.

///

1

**SANDLIN DECLARATION FOR REQUEST FOR REQUEST FOR ISSUANCE OF SUBPOENA**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2018, in Venice, California.

By: */s/ Howard S. Han*
Howard S. Han
Declarant

SANDLIN DECLARATION FOR REQUEST FOR REQUEST FOR ISSUANCE OF SUBPOENA